

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2018

No. 04-18-00222-CR

Steve Chavarria **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4391
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant's brief was originally due June 6, 2018. The first motion for extension of time was granted, extending the deadline to file the brief to July 6, 2018. On July 9, 2018, appellant filed a second motion for extension of time. By order dated July 10, 2018, this court granted the motion and extended the deadline to August 6, 2018. Our order advised appellant's attorney, Gary F. Churak, that no further extensions would be granted absent a motion for extension of time, filed by August 6, that showed extraordinary circumstances justifying further delay.

Neither the brief nor a motion has been filed. We therefore **order** Gary F. Churak to file the brief by **August 23, 2018**. If appellant's attorney fails to file an adequate response by the date ordered, the court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal. Counsel may further be ordered to appear before this court to show cause why he should not be held in contempt or otherwise sanctioned for failing to comply with this court's July 10, 2018 order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2018.



Keith E. Hottle
Clerk of Court